# EXHIBIT 2



**June 3, 2020**

# PROVIDER MANUAL UPDATE

### OptumRx Provider Manual: 2020 3rd Edition – Now Available

### Applicable to OptumRx and its Pharmacy Benefit Management affiliates, including Catamaran's Participating Pharmacy Network Agreements

### Effective Date: June 3, 2020

In an effort to collaborate on the delivery of quality healthcare to our Members, we hereby inform you of the revised OptumRx Provider Manual ("Manual"), which replaces and supersedes the previous OptumRx Manual edition. *Note: This is not a comprehensive list of changes and only represents some of the more relevant changes within the industry.*

The OptumRx Manual 2020 3rd Edition is now available at professionals.optumrx.com and http://learn.optumrx.com/pharmacymanual.

**Relevant Edits**

- **Section V: Processing Claims**
    - Page 56: Days Supply and Quantity – updated

- **Section VIII: Compliance; Fraud, Waste and Abuse (FWA); General Training; Audits**
    - Page 91-95: Pharmacy Audits – updated
    - Page 97: Prescription Validation Reviews – new

- **Section IX: Pharmacy Network Participation Requirements**
    - Page 108: Compounding Credentialing Requirements – updated
    - Page 115: Compounding Pharmacy Participation in Retail Networks – updated

- **Section XI: Appendix**
    - Page 141: Tennessee Medicaid Regulatory Requirements – updated
    - Page 144: Maryland MAC State-Specific Requirements – updated
    - Page 146: New Jersey MAC State-Specific Requirements – updated
    - Page 156: Massachusetts (MA) Commercial Regulatory Appendix – updated

The Manual is incorporated by reference into your respective ORx Pharmacy Network Agreement and your Catamaran Participating Provider Agreement (collectively, "Agreement"). Whether you are contracted directly or indirectly through a PSAO or a Chain, participating Network Pharmacy Providers are responsible for understanding and complying with all of the Manual's terms and conditions.  Failure to comply with the Agreement and Manual may result in disciplinary action, up to and including termination from all pharmacy networks.  Network Pharmacy Providers should routinely consult the Manual to ensure compliance.

As a reminder, the Manual is updated periodically, which Network Pharmacy Providers are expected to comply with the requirements set forth in the most recent version. The current version of the Manual can always be accessed by utilizing the link(s) above.

ORx appreciates your continued compliance and participation in our pharmacy networks.
Please distribute immediately. Thank you for your continued support.

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx. ©2020 Optum, Inc. All rights reserved.