# EXHIBIT 3



---

## <u>PROVIDER MANUAL UPDATE</u>

**OptumRx Provider Manual: 2022 Third Edition Version 3.1 – Now Available**

**Applicable to OptumRx and its Pharmacy Benefit Management affiliates**

---

**Effective Date: July 1, 2022**

In an effort to collaborate on the delivery of quality healthcare to our Members, we hereby inform you of the revised OptumRx Provider Manual ("Manual"), which replaces and supersedes the previous OptumRx Manual edition. *Note: This is not a comprehensive list of changes and only represents some of the more relevant changes within the industry.*

The OptumRx Provider Manual 2022 First Edition Version 3.1 is now available online:  <u>Provider manual (optumrx.com).</u>

**Relevant Edits**
- **Section V. Processing Claims**
  - Page 47:  Letter D. Vaccine and Immunization Administration
    - Coronavirus (COVID-19) Vaccine Billing – updated
- **Section VII. Medicare Product Information and Guidelines**
  - Page 81:  Letter I. Medication Therapy Management (MTM)
    - MTM Eligibility – updated
    - MTM Enrollment Process – updated
- **Section VIII. Compliance; Fraud, Waste and Abuse (FWA); General Training; Audits**
  - Page 107:  Letter B. Pharmacy audits (Audits) and Claim Reviews
    - Medications Designated as Dispense in Original Container – new
- **Section IX. Pharmacy Network Participation Requirements**
  - Page 119:  Letter C. Credentialing and Quality Management
    - Specialty Credentialing – updated
  - Page 123:  Letter D. Pharmacies Contracted Directly with PSAOs – updated
    - PSAOs, as the agent of their member pharmacies, must share all relevant information, including the Provider Network Agreement, with their members.
  - Page 129:  Letter L. Alternative Dispute Resolution and Arbitration
    - Requires arbitration in Minnesota.
    - Revised language concerning discovery and hearing procedures, confidentiality, penalties, fines and recoupment.
    - Clarifies panel and procedure requirements considering size of the dispute.
- **Appendix F. MAC State Specific Requirements:**
  - Page 156:  Arkansas – updated
  - Page 165:  Washington – updated
- Removed references to Healthesystems, OptumRx is no longer the processor for BIN 012874

The Manual is incorporated by reference into your respective OptumRx Pharmacy Network Agreement and your Catamaran Participating Provider Agreement (collectively, "Agreement"). Whether you are contracted directly or indirectly through a PSAO or a Chain, participating Network Pharmacy Providers are responsible for understanding and complying with all of the Manual's terms and conditions. Failure to comply with the Agreement and Manual may result in disciplinary action, up to and including termination from all pharmacy networks. Network Pharmacy Providers should routinely consult the Manual to ensure compliance. As a reminder, the Manual is updated periodically, which Network Pharmacy Providers are expected to comply with the requirements set forth in the most recent version. The current version of the Manual can always be accessed by utilizing the link(s) above.

OptumRx appreciates your continued compliance and participation in our pharmacy networks. Please distribute immediately. Thank you for your continued support.

---

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx. ©2020 Optum, Inc. All rights reserved.