# EXHIBIT 4



---

# **PROVIDER MANUAL UPDATE**

### **Optum Rx Provider Manual: 2022 Fourth Edition Version 4.1 – Now Available**

### **Applicable to Optum Rx and its Pharmacy Benefit Management affiliates**

---

**Effective Date: October 15, 2022**

In an effort to collaborate on the delivery of quality healthcare to our Members, we hereby inform you of the revised Optum Rx Provider Manual ("Manual"), which replaces and supersedes the previous Optum Rx Manual edition. *Note: This is not a comprehensive list of changes and only represents some of the more relevant changes within the industry.*

The Optum Rx Provider Manual 2022 Fourth Edition Version 4.1 is now available online:
Provider manual (optumrx.com)

**Relevant Edits**
- **Section V. Processing Claims**
  - Page 33:  DEA Number
    - DEA Number Action to Resolve – updated language
  - Page 45:  Vaccine and Immunization Administration
    - COVID-19 Vaccine Administration claims - updated language
    - COVID-19 Vaccine Billing Chart new code DUR/PPS – updated
  - Page 57: Orphan Drug Program – updated language

The Manual is incorporated by reference into your respective Optum Rx Pharmacy Network Agreement ("Agreement"). Whether you are contracted directly or indirectly through a PSAO or a Chain, participating Network Pharmacy Providers are responsible for understanding and complying with all of the Manual's terms and conditions. Failure to comply with the Agreement and Manual may result in disciplinary action, up to and including termination from all pharmacy networks. Network Pharmacy Providers should routinely consult the Manual to ensure compliance. As a reminder, the Manual is updated periodically, which Network Pharmacy Providers are expected to comply with the requirements set forth in the most recent version. The current version of the Manual can always be accessed by utilizing the link(s) above.

Optum Rx appreciates your continued compliance and participation in our pharmacy networks. Please distribute immediately. Thank you for your continued support.

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx. ©2020 Optum, Inc. All rights reserved.