# EXHIBIT 5



```
┌─────────────────────────────────────────────────────────────┐
│                                                               │
│                  PROVIDER MANUAL UPDATE                       │
│                                                               │
│   Optum Rx Provider Manual: 2023 First Edition Version 1.1 –  │
│                       Now Available                           │
│                                                               │
│   Applicable to Optum Rx and its Pharmacy Benefit             │
│                   Management affiliates                       │
│                                                               │
└─────────────────────────────────────────────────────────────┘
```

**PROVIDER MANUAL UPDATE**

**Optum Rx Provider Manual: 2023 First Edition Version 1.1 – Now Available**

**Applicable to Optum Rx and its Pharmacy Benefit Management affiliates**

**Effective Date: January 1, 2023**

In an effort to collaborate on the delivery of quality healthcare to our Members, we hereby inform you of the revised OptumRx Provider Manual ("Manual"), which replaces and supersedes the previous OptumRx Manual edition. *Note: This is not a comprehensive list of changes and only represents some of the more relevant changes within the industry.*

The OptumRx Provider Manual 2023 First Edition Version 1.1 is now available online:  <u>Provider manual (optumrx.com)</u>.

**Relevant Edits**
- **Section V. Processing Claims**
  - Letter A. General Process
    - Page 40: Subrogation and Coordination of Benefits (COB) – OCC 8 clarification
  - Letter G. Utilization Management – updated language
    - Page 50:  Utilization Management Requirements for Select Drugs
    - Page 50:  PA Review
    - Page 51:  Prior Authorization (PA) Process Key Steps
  - Letter I. Retrospective Intervention Program and Other Clinical Programs
    - Page 55:  Medicare Part D Overutilization Program – removed, duplicate to Medicare Part D Drug Management Program
    - Page 55:  Medication Safety Management – updated language
    - Page 55:  Stars Quality Management – added
    - Page 55:  Medical Insights Management – added
  - Letter J.  Maximum allowable cost (MAC) pricing, review and appeals
    - Page 58:  MAC State-Specific – updated Appendix
- **Section VII. Medicare Product Information and Guidelines**
  - Letter I. Medication Therapy Management (MTM)
    - Page 80:  MTM Eligibility – updated annual cost amount
  - Letter CC. Medicare-D Drug Management Program Member Pharmacy Lock-In Edit
    - Page 93:  updated section language
- **Section IX. Pharmacy Network Participation Requirements**
  - Letter B. Prohibited activities by Network Pharmacy Provider and Associated Penalties
    - Page 112:  Non-Compliance – updated language
  - Letter K. Termination – updated language, page 127
  - Letter L. Alternative Dispute Resolution and Arbitration
    - Page 128:  Updated Leadership Representation

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx. ©2020 Optum, Inc. All rights reserved.



- **Section X. Worker's Compensation and Auto No-Fault**
  - o  Page 135: Letter A. Tmesys
    - ▪  Contact Information – updated emails
- **Appendix F. MAC State Specific Requirements:**
  - o  Page 159:  Montana – updated
- **Appendix G. Client Specific Information**
  - o  Page 167:  State of WA Community & State – added section 6

The Manual is incorporated by reference into your respective OptumRx Pharmacy Network Agreement and your Catamaran Participating Provider Agreement (collectively, "Agreement"). Whether you are contracted directly or indirectly through a PSAO or a Chain, participating Network Pharmacy Providers are responsible for understanding and complying with all of the Manual's terms and conditions. Failure to comply with the Agreement and Manual may result in disciplinary action, up to and including termination from all pharmacy networks. Network Pharmacy Providers should routinely consult the Manual to ensure compliance. As a reminder, the Manual is updated periodically, which Network Pharmacy Providers are expected to comply with the requirements set forth in the most recent version. The current version of the Manual can always be accessed by utilizing the link(s) above.

OptumRx appreciates your continued compliance and participation in our pharmacy networks. Please distribute immediately. Thank you for your continued support.

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx. ©2022 Optum, Inc. All rights reserved.