# EXHIBIT 6



<div style="border:2px solid black; padding:10px;">

## <u>PROVIDER MANUAL UPDATE</u>

**Optum Rx Provider Manual: 2023 First Edition Version 1.3 – Now Available**

**Applicable to Optum Rx and its Pharmacy Benefit Management affiliates**

</div>

**Effective Date: February 1, 2023**

In an effort to collaborate on the delivery of quality healthcare to our Members, we hereby inform you of the revised OptumRx Provider Manual ("Manual"), which replaces and supersedes the previous OptumRx Manual edition. *Note: This is not a comprehensive list of changes and only represents some of the more relevant changes within the industry.*

The OptumRx Provider Manual 2023 First Edition Version 1.3 is now available online: Provider manual (optumrx.com).

<u>**Relevant Edits to version 1.2**</u>
- **Section VIII. Compliance; Fraud, Waste and Abuse (FWA); General Training; Audits**
  - Letter B. Pharmacy audits (Audits) and Claim Reviews
    - Page 107:  State Specific Requirements – added New Mexico
- **Section XII. Appendix**
  - **Appendix F. MAC State Specific Requirements:**
    - Page 159:  New Mexico – updated language and online search instructions

<u>**Relevant Edits to version 1.3**</u>
- **Section XII. Appendix**
  - **Appendix G. Client Specific Information:**
    - Page 168:  United Healthcare Community & State Specific – added section re NADAC pricing.

The Manual is incorporated by reference into your respective OptumRx Pharmacy Network Agreement and your Catamaran Participating Provider Agreement (collectively, "Agreement"). Whether you are contracted directly or indirectly through a PSAO or a Chain, participating Network Pharmacy Providers are responsible for understanding and complying with all of the Manual's terms and conditions. Failure to comply with the Agreement and Manual may result in disciplinary action, up to and including termination from all pharmacy networks. Network Pharmacy Providers should routinely consult the Manual to ensure compliance. As a reminder, the Manual is updated periodically, which Network Pharmacy Providers are expected to comply with the requirements set forth in the most recent version. The current version of the Manual can always be accessed by utilizing the link(s) above.

Optum Rx appreciates your continued compliance and participation in our pharmacy networks. Please distribute immediately. Thank you for your continued support.

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx. ©2023 Optum, Inc. All rights reserved.