# EXHIBIT 7



┌─────────────────────────────────────────────┐
│                                             │
│          **PROVIDER MANUAL UPDATE**          │
│                                             │
│  **Optum Rx Provider Manual: 2023 Second Edition Version 2.1 – Now Available** │
│                                             │
│  **Applicable to Optum Rx and its Pharmacy Benefit Management affiliates** │
│                                             │
└─────────────────────────────────────────────┘

**Effective Date: April 1, 2023**

In an effort to collaborate on the delivery of quality healthcare to our Members, we hereby inform you of the revised OptumRx Provider Manual ("Manual"), which replaces and supersedes the previous OptumRx Manual edition. *Note: This is not a comprehensive list of changes and only represents some of the more relevant changes within the industry.*

The OptumRx Provider Manual 2023 Second Edition Version 2.1 is now available online:  Provider manual (optumrx.com).

**Relevant Edits**
- **Updated contact information for:**
  - Pharmacy Provider Relations
  - Paper Claims PO Box
  - Vaccine Network Participation
- **Section V. Processing Claims**
  - Letter D. Vaccine and Immunization Administration
    - Page 45:  Updated DUR/PPS Counter Code
  - Letter H.  Concurrent Drug Utilization Review (cDUR)
    - Page 53:  Updated Opioid Guidance link
- **Section VII. Medicare Product Information and Guidelines**
  - Letter H. Coverage Limitations
    - Page 78:  Restatement of Drug Product eligibility
- **Section VIII. Compliance; Fraud, Waste and Abuse (FWA); General Training; Audits**
  - Letter A. Network Pharmacy Provider FWA: and General Compliance Training
    - Page 96:  Updated training link
  - Letter B. Pharmacy audits (Audits) and Claim Reviews
    - Page 108:  Added State Specific Requirements
- **Section X. Worker's Compensation and Auto No-Fault**
  - Letter A. Tmesys
    - Added language about Network Pharmacy Provider expectations
- **Appendix F. MAC State Specific Requirements:**
  - Page 155:  Delaware – updated
  - Page 159:  Nebraska – added
  - Page 160:  New Mexico – updated
  - Page 161:  New York – updated
  - Page 163:  Vermont – updated
- **Appendix G. Client Specific Information**
  - Page 169:  Added United Healthcare Community & State Specific section

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This  document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx.
©2023  Optum, Inc. All rights reserved.



The Manual is incorporated by reference into your respective OptumRx Pharmacy Network Agreement and your Catamaran Participating Provider Agreement (collectively, "Agreement"). Whether you are contracted directly or indirectly through a PSAO or a Chain, participating Network Pharmacy Providers are responsible for understanding and complying with all of the Manual's terms and conditions. Failure to comply with the Agreement and Manual may result in disciplinary action, up to and including termination from all pharmacy networks. Network Pharmacy Providers should routinely consult the Manual to ensure compliance. As a reminder, the Manual is updated periodically, which Network Pharmacy Providers are expected to comply with the requirements set forth in the most recent version. The current version of the Manual can always be accessed by utilizing the link(s) above.

OptumRx appreciates your continued compliance and participation in our pharmacy networks. Please distribute immediately. Thank you for your continued support.

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This  document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx.
©2023  Optum, Inc. All rights reserved.