# EXHIBIT 9



---

## **PROVIDER MANUAL UPDATE**

**Optum Rx Provider Manual: 2023 Fourth Edition Version 4.1 – Now Available**

**Applicable to Optum Rx and its Pharmacy Benefit Management affiliates**

---

**Effective Date: October 1, 2023**

In an effort to collaborate on the delivery of quality healthcare to our Members, we hereby inform you of the revised OptumRx Provider Manual ("Manual"), which replaces and supersedes the previous OptumRx Manual edition. *Note: This is not a comprehensive list of changes and only represents some of the more relevant changes within the industry.*

The OptumRx Provider Manual 2023 Fourth Edition Version 4.1 is now available online:  Provider manual (optumrx.com).

**Relevant Edits**
- **Section III. Contact Information**
    - Letter C. Pharmacy Network Contact Department
        - Page 22: Updated address
    - Letter E. Pharmacy Network Credentialing Department
        - Page 23: Updated address
    - Letter F. Provider Forms and Documents
        - Page 23: Updated address
- **Section VII. Medicare Product Information and Guidelines**
    - Letter Y. Compliance Plan
        - Pages 88-90: Updated and added clarifying language.
- **Section VIII. Compliance; Fraud, Waste and Abuse (FWA); General Training; Audits**
    - Letter A. Network Pharmacy Provider FWA; and General Compliance Training
        - Page 95: Updated contact information for Administrator
        - Page 97: Updated training link
    - Letter B: Pharmacy audits (Audits) and Claim Reviews
        - Page 107: Updated language
        - Page 108: Added Nebraska State Specific Requirements
- **Section IX. Pharmacy Network Participation Requirements**
    - Letter C. Credentialing and Quality Management
        - Page 115: Updated address
- **Appendix C. National Council for the Prescription Drug Programs (NCPDP) Submission Clarification Code**
    - Page 146: Added SCC 65 (Individual Patient Emergency Rx Fill Request)
    - Page 146: Updated SCC 99 (Other)
- **Appendix F. MAC State Specific Requirements**
    - Page 157: Indiana – updated
    - Page 157: Iowa – updated
    - Page 160: Nebraska – updated
    - Page 164: Tennessee – updated
    - Page 166: Wyoming – updated

---

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx. ©2020 Optum, Inc. All rights reserved.



- **Appendix G: Client Specific Information**
    - Page 169: Hawaii – added Place of Service Code listing
    - Page 174 TennCare – updated link

The Manual is incorporated by reference into your respective OptumRx Pharmacy Network Agreement and your Catamaran Participating Provider Agreement (collectively, "Agreement"). Whether you are contracted directly or indirectly through a PSAO or a Chain, participating Network Pharmacy Providers are responsible for understanding and complying with all of the Manual's terms and conditions. Failure to comply with the Agreement and Manual may result in disciplinary action, up to and including termination from all pharmacy networks. Network Pharmacy Providers should routinely consult the Manual to ensure compliance. As a reminder, the Manual is updated periodically, which Network Pharmacy Providers are expected to comply with the requirements set forth in the most recent version. The current version of the Manual can always be accessed by utilizing the link(s) above.

OptumRx appreciates your continued compliance and participation in our pharmacy networks. Please distribute immediately. Thank you for your continued support.

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx. ©2020 Optum, Inc. All rights reserved.