# EXHIBIT 10



---

# PROVIDER MANUAL UPDATE

### Optum Rx Provider Manual: 2024 Second Edition Version 2.1

### Applicable to Optum Rx and its Pharmacy Benefit Management affiliates

---

**Effective Date: April 1, 2024**

In an effort to collaborate on the delivery of quality healthcare to our Members, we hereby inform you of the revised OptumRx Provider Manual ("Manual"), which replaces and supersedes the previous OptumRx Manual edition. *Note: This is not a comprehensive list of changes and only represents some of the more relevant changes within the industry.*

The OptumRx Provider Manual 2024 Second Edition Version 2.1 will be available online March 1, 2024 at: Provider manual (optumrx.com).

**Relevant Edits**
- **Section V. Processing Claims**
    - Letter D. Vaccine and Immunization Administration
        - Page 44: Medicare Part D – updated language
    - Letter G. Utilization Management
        - Page 50: PA Review – added language
- **Section VI. BIN Information**
    - Letter D. OptumRx Guide: Assists in Identifying the Appropriate BIN/PCN to Submit Claims
        - Page 71: BIN/PCN 610494/4141 – removed
        - Page 71: BIN/PCN 610494/4444 – removed
        - Page 71: BIN/PCN 610494/9999 – removed
        - Page 72: BIN/PCN 610494/4141 – removed
- **Section VII. Medicare Product Information and Guidelines**
    - Letter H. Coverage Limitations
        - Page 78: Drug Product – updated language
        - Page 78: Coverage limitations – added language
- **Section VIII. Compliance; Fraud, Waste and Abuse (FWA); General Training; Audits**
    - Letter B. Pharmacy audits (Audits) and Claim Reviews
        - Page 101: Procedures for Audit Compliance – updated and added language
        - Page 105: Desktop and Telephone/Reviews – updated and added language
- **Section IX. Pharmacy Network Participation Requirements**
    - Letter B: Prohibited activities by Network Pharmacy Provider and Associated Penalties
        - Page 114: Termination and Appeal Process – updated language
    - Letter K. Termination
        - Page 128: updated and added language
- **Section X. Worker's Compensation and Auto No-Fault**
    - Letter A: Tmesys
        - Page 136: OptumRx List 3: Prescription Bank Identification Numbers (Rx BINS) – updated Payer Sheet link

---

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx. ©2020 Optum, Inc. All rights reserved.



- Page 136: Contact Information – updated email address

- **Appendix G**
  - Client Specific Information
    - Page 168: Removed language

The Manual is incorporated by reference into your respective OptumRx Pharmacy Network Agreement and your Catamaran Participating Provider Agreement (collectively, "Agreement"). Whether you are contracted directly or indirectly through a PSAO or a Chain, participating Network Pharmacy Providers are responsible for understanding and complying with all of the Manual's terms and conditions, **including but not limited to, Section IX. Pharmacy Network Participation Requirements, and Section L. Alternative Dispute Resolution and Arbitration**. Failure to comply with the Agreement and Manual may result in disciplinary action, up to and including termination from all pharmacy networks. Network Pharmacy Providers should routinely consult the Manual to ensure compliance. As a reminder, the Manual is updated periodically, which Network Pharmacy Providers are expected to comply with the requirements set forth in the most recent version. The current version of the Manual can always be accessed by utilizing the link(s) above.

OptumRx appreciates your continued compliance and participation in our pharmacy networks. Please distribute immediately. Thank you for your continued support.

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx. ©2020 Optum, Inc. All rights reserved.