# EXHIBIT 11



---

## <u>PROVIDER MANUAL UPDATE</u>

**Optum Rx Provider Manual: 2024 Third Edition Version 3.2**

**Applicable to Optum Rx and its Pharmacy Benefit Management affiliates**

---

In an effort to collaborate on the delivery of quality healthcare to our Members, we hereby inform you of the revised OptumRx Provider Manual ("Manual"), which replaces and supersedes the previous OptumRx Manual edition. *Note: This is not a comprehensive list of changes and only represents some of the more relevant changes within the industry.*

The OptumRx Provider Manual 2024 Third Edition Version 3.2 is available online at: [Provider manual (optumrx.com)](optumrx.com).

**Relevant Edits to Version 3.1**
- **Section XII. Appendix**
  - Appendix F. MAC State-Specific Requirements
    - Page 155-156: Georgia – updated language
    - Page 162: Oklahoma – updated language
    - Page 165: West Virginia – updated language

**Correction to Section V. Processing Claims**
  - Letter D. Vaccine and Immunization Administration
    - Page 44: Commercial, Medicare Part B and IFP – heading title inadvertently omitted language and has been updated to align with current processes.

The Manual is incorporated by reference into your respective OptumRx Pharmacy Network Agreement and your Catamaran Participating Provider Agreement (collectively, "Agreement"). Whether you are contracted directly or indirectly through a PSAO or a Chain, participating Network Pharmacy Providers are responsible for understanding and complying with all of the Manual's terms and conditions, **including but not limited to, Section IX. Pharmacy Network Participation Requirements, and Section L. Alternative Dispute Resolution and Arbitration**. Failure to comply with the Agreement and Manual may result in disciplinary action, up to and including termination from all pharmacy networks. Network Pharmacy Providers should routinely consult the Manual to ensure compliance. As a reminder, the Manual is updated periodically, which Network Pharmacy Providers are expected to comply with the requirements set forth in the most recent version. The current version of the Manual can always be accessed by utilizing the link(s) above.

OptumRx appreciates your continued compliance and participation in our pharmacy networks. Please distribute immediately. Thank you for your continued support.

---

All Optum trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners. This document contains information that is considered proprietary to OptumRx and should not be reproduced without express written consent of OptumRx. ©2020 Optum, Inc. All rights reserved.